**Denied and Opinion Filed June 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00157-CV

## IN RE MARC MARROCCO AND TONY ALBANESE, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07706**

## MEMORANDUM OPINION
Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is relators' petition for writ of mandamus in which they contend the trial court abused its discretion by denying their motion for continuance of the briefing deadlines for responding to a motion for summary judgment and by denying their motion for continuance of the summary judgment hearing. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, the real party in interest's response, the mandamus record, and the supplemental and second supplemental mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Bill Pedersen, III/
BILL PEDERSEN. III
JUSTICE


190157F.P05